UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

    *Plaintiff*

CIVIL ACTION NO. 07-908-JJB-CN

versus

NYOKI JOHNSON

    *Defendant*

### ORDER

Considering the parties' *Joint Motion for Entry of Consent Judgment*, and for good cause shown:

IT IS HEREBY ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that upon the Court's execution of the Consent Judgment, it shall be filed by the Clerk of Court in this action.

Baton Rouge, Louisiana, this 1ST day of MAY, 2008.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE